

**NUMBER 13-08-00689-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**LEONARD FISHER,**                                                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                             **Appellee.**

---

**On appeal from the 130th District Court of Matagorda County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Leonard Fisher, by and through his attorney, has filed an amended motion to dismiss his appeal because he no longer desires to prosecute it. *See* Tex. R. App. P. 42.2(a). Without passing on the merits of the case, we grant the amended motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be

entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 25th day of June, 2009.